UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Marian J. Lewis,

    Plaintiff,                                     Case No. 07-13877

v.                                                     Hon. Nancy G. Edmunds

Commissioner of Social Security,

    Defendant.
_____/

## ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

This matter has come before the Court on the Magistrate Judge's June 6, 2008 Report and Recommendation. Being fully advised in the premises and having reviewed the record and the pleadings, including Defendant's Objections if any, the Court finds that the Magistrate reached the correct conclusion in the Report and Recommendation. Accordingly, the Court hereby ACCEPTS AND ADOPTS the Magistrate Judge's Report and Recommendation. It is further ordered that Plaintiff's motion for summary judgment is GRANTED to the extent that it seeks remand for further proceedings, Defendant's motion for summary judgment is DENIED, and the decision of the Commissioner is REVERSED. Pursuant to sentence four of 42 U.S.C. § 405(g), this matter is hereby REMANDED to the Commissioner for proceedings consistent with the Magistrate Judge's Report and Recommendation.

SO ORDERED.

                            s/Nancy G. Edmunds
                            Nancy G. Edmunds
                            United States District Judge

Dated: July 21, 2008

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 21, 2008, by electronic and/or ordinary mail.

                            s/Carol A. Hemeyer
                            Case Manager